IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jeffrey S. Keezel-Smith<br>a/k/a Jeffery Scott Smith, Jr.<br>Ashley L. Keezel-Smith a/k/a<br>Ashley L. Keezel a/k/a<br>Ashley L. Keezel-Gruver<br>Debtors | )Case No. 1:19-bk-04578 HWV<br>)<br>)Adversary 1:20-ap-00017 HWV<br>)<br>)<br>) |
| | | ) Chapter 7 |
| DJ Management Services LLC | Plaintiff | )<br>) |
| vs. | | ) |
| | Jeffrey S. Keezel-Smith<br>a/k/a Jeffery Scott Smith, Jr.<br>Ashley L. Keezel-Smith a/k/a<br>Ashley L. Keezel a/k/a<br>Ashley L. Keezel-Gruver<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

MOTION FOR TRIAL CONTINUANCE
AND TO EXTEND TIME FOR DISCOVERY

Now comes the Debtors, Jeffrey Keezel-Smith and Ashley Keezel-Smith, by and through the office of the below signed counsel, and moves the Court as follows:

1. The Debtors filed this chapter 7 case on Oct. 25, 2019.

2. On Oct. 21, 2020, this Court issued an order continuing discovery and rescheduling trail.

3. Prior to the discovery time frames outlined by the Court, Debtor Ashley Keezel-Smith was afflicted with COVID 19.

4. Debtors have informally requested certain photographs used by Plaintiff at the lower Courts as evidence; Defendants wish to use them at trial in this Court.

WHEREFORE, Defendants request this Honorable Court to:

a. Extend the time for Defendants to respond to Plaintiff's Interrogatories and Request for Production of Documents (to be sent) and;

b. Continue the pre-trial conference at least 30 days from the discovery due date; and

c. Award such relief as the Court deems just and proper.

Respectfully submitted,

/s/ Michael S. Travis
____________________

Michael S. Travis
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
mtravislaw@comcast.net
Pro Bono, *Attorney for Debtors*

Date: 12/2/20