**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Jeffrey S. Keezel-Smith | : | Case No. 19-04578 |
| a/k/a Jeffrey Scott Smith, Jr. | : | Adv. No. 20-ap-00017 |
| Ashley L. Keezel-Smith a/k/a | : | |
| Ashley L. Keezel a/k/a | : | |
| Ashley L. Keezel-Gruver | : | |
| Debtors | : | |
| | : | Chapter 7 |
| | : | |
| DJ Management & Services LLC | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Jeffrey S. Keezel-Smith | : | |
| a/k/a Jeffrey Scott Smith, Jr. | : | |
| Ashley L. Keezel-Smith a/k/a | : | |
| Ashley L. Keezel a/k/a | : | |
| Ashley L. Keezel-Gruver | : | |
| Defendants | : | |

**MOTION FOR CONTINUANCE**

AND NOW, comes the Plaintiff, to file the following Motion of which the following is a statement:

1. Movant is DJ Management & Services LLC, the Plaintiff in the above-captioned matter.

2. Respondent is Jeffrey and Ashley Keezel-Smith the Debtors and Defendants in the above-captioned matter.

3. This court entered an order on May 14, 2020 detailing various deadlines for the above-referenced adversary proceeding.

4. An extension was granted continuing the Pre-trial conference to May 11, 2021.

5. Plaintiff's counsel's office consists of counsel and one paralegal. On April 28, 2021, the paralegal was sent home due to COVID-like symptoms. A subsequent test confirmed that the paralegal has COVID.

6. Plaintiff's counsel is now quarantining. Plaintiff's counsel has exhibited symptoms, but it is unknown whether he has COVID until the test results come in.

7. Even assuming counsel obtains a clean bill of health, the office will be at least partially shut down for at least one more week, which has seriously impacted operations.

8. Defendant's concurs with the continuance request.

WHEREFORE, Plaintiff requests this Honorable Court to:

a. Continue the pre-trial conference and trial for at least 30 days; and

c. Award any and all other relief that this Honorable Court deems just.

Date: May 3, 2021

/s/ Michael R. Caum
Michael R. Caum, Esquire
Attorney I.D. No. 87397
P.O. Box 272
Shrewsbury, PA 17361
(717) 227-8039