**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:  Jeffrey S. Keezel-Smith     :  Case No.  19-04578
       a/k/a Jeffrey Scott Smith, Jr.   :
       Ashley L. Keezel-Smith a/k/a   :  Adv. No. 20-ap-00017
       Ashley L. Keezel a/k/a      :
       Ashley L. Keezel-Gruver     :
             Debtors         :
                           :  Chapter 7
                           :
DJ Management & Services LLC  :
             Plaintiff       :
                           :
v.                              :
                           :
Jeffrey S. Keezel-Smith        :
a/k/a Jeffrey Scott Smith, Jr.    :
Ashley L. Keezel-Smith a/k/a    :
Ashley L. Keezel a/k/a        :
Ashley L. Keezel-Gruver      :
             Defendants    :

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter having come before the Court on Plaintiff's *Motion*, IT IS HEREBY

      **ORDERED,** that the agreement attached to Plaintiff's motion is approved; ad it is further

      **ORDERED,** the above-captioned matter may be marked settled and closed.

_____
J.