**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:  Jeffrey S. Keezel-Smith      :   Case No.  1-19-04578 -HWV
        a/k/a Jeffrey Scott Smith, Jr.    :
        Ashley L. Keezel-Smith a/k/a    :   Adv. No. 1-20-ap-00017 HWV
        Ashley L. Keezel a/k/a         :
        Ashley L. Keezel-Gruver      :
              Debtors        :
                               :   Chapter 7
                               :
DJ Management & Services LLC   :
                  Plaintiff       :
                               :
v.                                   :
                                  :
Jeffrey S. Keezel-Smith          :
a/k/a Jeffrey Scott Smith, Jr.      :
Ashley L. Keezel-Smith a/k/a     :
Ashley L. Keezel a/k/a          :
Ashley L. Keezel-Gruver        :
              Defendants     :

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon consideration of the Plaintiff's Motion to Approve Settlement Agreement filed at Docket #28 in the above-captioned case (the "Motion"), and after notice and an opportunity for a hearing, and there being no objection or response to the Motion, it is hereby

ORDERED that the Motion is GRANTED and the settlement is approved; and it is further

ORDERED that the above-captioned matter may be marked settled and closed.

Dated:  November 10, 2021       By the Court,

                                *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (MS)